JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANDOVALCALDERON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN AGUILAR, an individual; ARTHUR CASTRO, an individual; HUGO AYON, an individual; GABRIEL MEJIA, an individual; CITY OF LOS ANGELES; MICHAEL MOORE an individual; and Does 1-50, inclusive,<br><br>Defendants. | CASE NO. CV21-09942 SPG - SKx<br>*Hon. Sherilyn Peace Garnett, Ctrm 5C*<br>*Hon. Mag. Steve Kim, Ctrm. 540*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION *WITHOUT PREJUDICE*** |

Pursuant to the stipulation filed by the parties and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the entire above-entitled action against Defendants **CITY OF LOS ANGELES, CITY OF LOS ANGELES, STEVEN AGUILAR, ARTHUR CASTRO, HUGO AYON, GABRIEL MEJIA AND MICHEL R. MOORE**, is hereby dismissed, *without prejudice*. This dismissal does not constitute an adjudication on the merits.

Each party to the stipulation and dismissal shall bear their own costs and fees.

***IT IS SO ORDERED.***

DATED: July 28, 2022

_____
**HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE**